UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE PEGGINS,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 2:22-cv-01317-KJM-AC<br><br>District Judge: Hon. Kimberly J. Mueller<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff ANNE PEGGINS ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 13, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Dated:  March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE