UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE PEGGINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 2:22-cv-01317-KJM-AC<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff ANNE PEGGINS ("Plaintiff") and Defendant FCA US, LLC have agreed FCA US LLC will pay $7,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses within 60 days of entry of this Order.

Accordingly, the Court enters an Order awarding Plaintiff $7,000.00 for reasonably incurred Attorney's Fees, Costs, and Expenses and retains jurisdiction until funding is satisfied as outlined in the Parties' Joint Stipulation.

**IT IS SO ORDERED.**

Date: April 12, 2023

　　　　　　　　　　　　　　　　　　　　_/s/ Kimberly J. Mueller_
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER