UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Peggins,<br><br>                 Plaintiff,<br><br>   v.<br><br>FCA US, LLC, et al.,<br><br>                 Defendants. | No. 2:22-cv-01317-KJM-AC<br><br>ORDER |

On March 28, 2023, plaintiff Anne Peggins filed a request for the entry of judgment under Federal Rule of Civil Procedure 68. ECF No. 19. The court entered judgment on March 31, 2023, and the case was closed. ECF No. 20.

On April 7, 2023, the parties filed a stipulation and proposed order awarding costs and attorneys' fees, which the court adopted on April 14, 2023. ECF Nos. 21, 22.

On October 24, 2025, plaintiff filed a motion to dismiss this action under Federal Rule of Civil Procedure 41. ECF No. 23. Because judgment was entered and the case closed in 2023, the motion is **denied as moot**.

IT IS SO ORDERED.

DATED: October 24, 2025.

SENIOR UNITED STATES DISTRICT JUDGE

1